APPLICANT        BRETTON JAMES FOX        APPLICATION NO. 82,899-01

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

ACTION TAKEN

RELIEF GRANTED.

JUDGE                                                        03/18/15
                                                               DATE

FILED IN
COURT OF CRIMINAL APPEALS

MAR 18 2015

Abel Acosta, Clerk